**No. 46313.**—Protest 961441–G of J. G. Dreyfuss (Los Angeles).

Opinion by Cline, J.   It was stipulated that the merchandise consists of ginger root, not preserved or candied, unground, the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.

**No. 46314.**—Protests 44316–K, etc., of A. Kuehnert & Co. et al. (New York).

Opinion by Cline, J.   In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty as claimed.

**No. 46315.**—Protests 24689–K, etc., of Armacost & Royston, Inc., et al. (Los Angeles).

Opinion by Cline, J.   It was stipulated that the merchandise consists of peat moss of the same character as that passed upon in *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319).   The claim for free entry under paragraph 1685 was therefore sustained.

**No. 46316.**—Protest 797552–G of Edward L. Eyre & Co. (San Francisco).

Opinion by Cline, J.   When the case was called for trial there was no appearance on the part of the plaintiffs.   There being nothing in the record to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 46317.**—Protests 922691–G/87431, etc., of American Shpg. Co. et al. (Chicago, etc.).

Opinion by Cline, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46318.**—Protests 52206–K, etc., of Dritz-Traum Co., Inc., et al. (New York).

Opinion by Cline, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46319.**—Protest 834356–G of A. W. Lowman (San Antonio).

Opinion by Keefe, J.   At the hearing the Government moved to dismiss the protest as not having been filed within 60 days after liquidation and counsel for the plaintiff contended that the entry had not been posted at the customhouse as liquidated.   From a consideration of the entire record it was found that the statutory period of 60 days had expired before the protest was filed.   The protest was therefore dismissed.